IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00681-REB-MEH

BERNICE LINDTVEIT,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a Target,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 26, 2013.**

    In light of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Claim for Relief [docket #19] informing the Court that Plaintiff stipulates to the dismissal of her Second Claim for Relief, Defendant's F.R.C.P. 12(b)(6) Motion to Dismiss Plaintiff's Second Claim for Relief [filed March 21, 2013; docket #9] is **denied as moot**.